UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-03854-SVW-JC | Date | March 16, 2016 |
|---|---|---|---|
| Title | Gold Value International Textile v. Charlotte Russe, Inc. et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

    The Court, having received Plaintiff's Notice of Settlement, filed March 15, 2016, vacates the June 20, 2016 pretrial conference and the June 28, 2016 jury trial.

    The Court moves the matter to the inactive calendar pending finalization of settlement.  The parties shall proceed with the settlement as outlined in the notice.  Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

|  | : |
|---|---|
| Initials of Preparer | PMC |